```
            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF KANSAS
```

**TONY ALLEN COOLEY,**

                **Plaintiff,**

      **v.**                                            **CASE NO. 22-3145-SAC**

**DIAMOND MEDICAL, et al.,**

                **Defendants.**

## ORDER OF DISMISSAL

This matter is a civil rights action filed under 42 U.S.C. § 1983. On July 18, 2022, the court entered an order to show cause (OSC) directing plaintiff to explain why this matter should not be dismissed due to his failure to allege action under color of state law, injury, or a constitutional violation or to identify the relief sought. The court set a deadline of August 5, 2022, to respond.

Plaintiff has filed a motion for extension of time, a renewed motion to proceed in forma pauperis, and two responses. The court has examined the materials.

First, although plaintiff has submitted a second motion to proceed in forma pauperis, he has not yet provided the certified financial records required by the federal in forma pauperis statute. *See* 28 U.S.C. § 1915(b)(1). For the purpose of considering the complaint and response, the court will grant provisional leave to proceed in forma pauperis. Plaintiff remains obligated to submit the financial information and to pay the filing fee in this matter.

Next, as explained in the OSC, plaintiff's complaint failed to state a claim for relief. Plaintiff's responses include considerable irrelevant material and do not address any of the defects identified

in the OSC, such as his failure to identify an actual injury. Although plaintiff seeks additional time to respond, the court notes that he has made no apparent effort to supply the facts requested, and that much of the information, such as the nature of the injury he alleges and the relief he seeks, would not require access to legal materials. The court has considered the record, denies the plaintiff's motion for an extension of time, and concludes this matter may be dismissed for failure to state a claim for relief.

IT IS, THEREFORE, BY THE COURT ORDERED plaintiff's motions for leave to proceed in forma pauperis (Docs. 2 and 6) are provisionally granted. Plaintiff remains obligated to supply financial information in support of his application to proceed in forma pauperis and to pay the full filing fee.

IT IS FURTHER ORDERED plaintiff's motion for extension of time (Doc. 5) is denied.

IT IS FURTHER ORDERED this matter is dismissed for failure to state a claim for relief.

**IT IS SO ORDERED.**

DATED:  This 11th day of August, 2022, at Topeka, Kansas.

S/ Sam A. Crow

SAM A. CROW
U.S. Senior District Judge